## WESTERN UNION TEL. CO. v. L. & N. R. R. CO.
(Decided June 19, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

GEORGE H. FEARONS, CAMPBELL & JOHNSTON, W. C. FITTS, and RUSHTON, WILLIAMS & CRENSHAW, for appellant. H. L. STONE, GEO. W. JONES, J. M. FOSTER, S. L. FIELDS, MALLORY & MALLORY, and TILLMAN, BRADLEY & MORROW, for appellee.

DE GRAFFENRIED, J.—Reversed and remanded on the authority of *W. U. T. Co. v. S. & N. Ala. Ry. Co., infra;* 62 South. 788.

All the Justices concur, except SAYRE, J , who dissents.